UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:  Manuel A Almonte | : : : : : | Chapter 13 |
|---|---|---|
| Debtor | : | Case No.: 15-16177SR |

## ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER AND REINSTATE BANKRUPTCY

AND NOW, this **13th** day of **July**, 2016 upon consideration of the Manuel A Almonte to Reconsider Dismissal Order and Reinstate Bankruptcy for the purpose of obtaining a Discharge, it is hereby:

ORDERED and DECREED that the Order dismissing Debtor's Chapter 13 Bankruptcy case is reconsidered, and said case is forthwith reinstated;

Hon. Stephen Raslavich