# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Manuel A. Almonte | |
| Debtor | CHAPTER 13 |
| MidFirst Bank | |
| Movant | |
| vs. | |
| Manuel A. Almonte | NO. 15-16177 SR |
| Debtor | |
| Frederick L. Reigle Esq. | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE FOR RE-LISTED HEARING

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly re-schedule a hearing on the above-captioned Motion for Relief.

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734
Attorney for Movant/Applicant