United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 15-16177-sr
Manuel A. Almonte                                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 2          Date Rcvd: Oct 06, 2016
                            Form ID: pdf900        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2016.
```
db         +Manuel A. Almonte,    539 E. Cheltenham Avenue,    Philadelphia, PA 19120-1701
13661686    American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
             Los Angeles, CA 90051-5478
13587415   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One Bank USA,    15000 Capital One Dr,    Richmond, VA 23238)
13587416   +Central Financial Control,    P.O. Box 66044,    Anaheim, CA 92816-6044
13609554    CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
13587417   +Citimortgage Inc,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
13587420   +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13688932    Fleetway Capital Corp,    c/o JOSHUA B. LADOV,    Ladov Law Firm, P.C.,
             1101 Market Street, Suite 2820,    Philadelphia, PA 19107-2993
13688189    Fleetway Capital Corp.,    P.O. Box 688,    Conshohocken, PA 19428-0688
13688946   +MidFirst Bank,    999 NW Grand Blvd.,    Suite 100,    Oklahoma City, OK 73118-6051
13685525   +MidFirst Bank,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13587424   +Milstead & Associates,    1 E. Stow Road,    Marlton, NJ 08053-3118
13787007   +North Mill Credit Trust,    f/k/a EFS Credit Trust,    50 Washington Street, 10th floor,
             Norwalk CT 06854-2751
13587425   +Northeast Title Loans,    103 Naamans Road,    Claymont, DE 19703-2713
13661995   +Northeastern Title Loans,    3440 Preston Ridge Rd, Ste 500,    Alpharetta, GA 30005-3823
13587426   +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
13587427   +TWorkers Federal Credit Union,    919 E Cayuga St,    Philadelphia, PA 19124-3817
13587428    U S Dept Of Ed/Gsl/Atl,    P.O. Box 4222,    Iowa City, IA 52244
13672304    U.S. Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
13665930   +Wells Fargo Bank, N.A,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 32232-5038
13587429   +Xerox Solutions,    P.O. Box 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Oct 07 2016 02:16:51     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 07 2016 02:16:02
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2016 02:16:41     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 07 2016 02:23:41
              Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13587414    +E-mail/Text: bankruptcy@rentacenter.com Oct 07 2016 02:17:19     Acceptance Now,
              5501 Headquarters Dr,    Plano, TX 75024-5837
13660449     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 07 2016 02:24:36
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
              Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13649842    +E-mail/Text: bnc@atlasacq.com Oct 07 2016 02:15:36     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
13667534     E-mail/Text: bankruptcy@phila.gov Oct 07 2016 02:16:50     City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13587419     E-mail/Text: bankruptcy@phila.gov Oct 07 2016 02:16:51     City of Philadelphia,
              Law Dept Tax Unit,    One Parkway Bldg., Bankruptcy Group,    1515 Arch Street, 15th Floor,
              Philadelphia, PA 19102-1595
13587418     E-mail/Text: bankruptcy@phila.gov Oct 07 2016 02:16:51     City of Philadelphia,    Tax Unit,
              Law Department,    1401 John. F Kennedy BLVD., 5th Floor,    Philadelphia, PA 19102
13664276    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 07 2016 02:24:33
              Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
              Arlington, TX 76006-1347
13611106    +E-mail/Text: bankruptcy@cavps.com Oct 07 2016 02:16:37     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13587421    +E-mail/Text: bkynotice@harvardcollect.com Oct 07 2016 02:17:19     Harvard Collection,
              4839 N Elston Ave,    Chicago, IL 60630-2589
13587422    +E-mail/Text: bankruptcy@icsystem.com Oct 07 2016 02:17:11     I C System Inc,    P.O. Box 64378,
              Saint Paul, MN 55164-0378
13587423     E-mail/Text: cio.bncmail@irs.gov Oct 07 2016 02:15:43     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA 19101-7346
13660918     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 07 2016 02:24:35
              PYOD LLC, C/O Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
13610236    +E-mail/Text: equiles@philapark.org Oct 07 2016 02:17:17     Philadelphia Parking Authority,
              701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13644306    +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 07 2016 02:16:36     Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13618351     E-mail/Text: appebnmailbox@sprint.com Oct 07 2016 02:16:22     Sprint Corp,
              Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: John              Page 2 of 2                  Date Rcvd: Oct 06, 2016
                              Form ID: pdf900         Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*           Fleetway Capital Corp.,    P.O. Box 688,    Conshohocken, PA 19428-0688
13610610*    +Philadelphia Parking Authority,    701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
                                                                                           TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2016 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Manuel A. Almonte brad@sadeklaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA B. LADOV    on behalf of Creditor    Fleetway Capital Corp. jladov@ladovlaw.com,
               admin@ladovlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
    MANUEL A. ALMONTE               : Bankruptcy No.  15-16177SR
                                                :
    Debtor(s)                        : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, for a period of one hundred eighty (180) days from the date of this order.

FOR THE COURT

Dated: October 5, 2016

_____
Stephen Raslavich, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606-0410

Brad J. Sadek, Esq.
Sadek & Cooper Law Offices LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Manuel A. Almonte
539 E. Cheltenham Avenue
Philadelphia, PA 19120

Interested parties continued on next page.

Interested parties continued:

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107